FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>-vs-<br><br>JOSEPH MARTIN GONZALES,<br><br>　　　　　　Defendant. | No.　2:18-CR-0195-WFN-1<br><br>PROTECTIVE ORDER RE: COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND |

　　　　Pending before the Court is the parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband. ECF No. 17. The parties have stipulated to review procedures for child pornography contraband. The Court has reviewed the file and Motions and is fully informed. The Court enters this Stipulation. Accordingly,

　　　　**IT IS ORDERED** that:

　　　　1. The parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband, filed November 15, 2018, **ECF No. 17**, is **GRANTED**.

　　　　2. The defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to this stipulation and order. The defense team agrees that it is forbidden from removing any contraband images from the Government reviewing facility. Defense expert will be allowed to compile a report (without contraband images/videos) documenting the examination on removable media if the case dictates.

　　　　3. The Government's Motion to Expedite, filed November 14, 2018, **ECF No. 18**, is **GRANTED**. The underlying Motion was considered on an expedited basis.

　　　　The District Court Executive is directed to file this Order and provide copies to counsel.

ORDER - 1

1  **DATED** this 15th day of November, 2018.

2

3                                    s/ Wm. Fremming Nielsen
4                                    WM. FREMMING NIELSEN
   11-15-18                    SENIOR UNITED STATES DISTRICT JUDGE
5

ORDER - 2