FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSEPH MARTIN GONZALES, Defendant. | No. 2:18-CR-00195-WFN-1 ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |

Before the Court is Defendant's Unopposed Motion for Modification of Release Conditions, **ECF No. 14**. Defendant recites in his motion that U.S. Probation does not object to the modification and the United States defers to U. S. Probation, **ECF No. 23**.

Specifically, Defendant requests condition #14 be modified to include travel to Idaho for work purposes.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 23**, is **GRANTED**. Defendant is permitted day travel to and from Lewiston, Idaho with prior permission from U.S. Probation. Defendant shall provide Pretrial Services with the address and telephone number where he can be contacted at any time.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED February 22, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1