

Colin Prince
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Joseph Gonzales

# United States District Court
Honorable Wm. Fremming Nielsen

| | |
|---|---|
| United States, | No. 18-cr-195-WFN |
| Plaintiff, | Sentencing Memorandum & Objection to Presentence Report |
| v. | |
| Joseph Gonzales, | |
| Defendant. | |

## I. Introduction

The Court has seen this case before. Mr. Gonzales is a lonely, mentally-ill young man from a poor family with a history of mental illness, who coped with his loneliness and mental-illness not with drug addiction but with digital addiction. Sending Mr. Gonzales to prison will not lessen the victims' hurt, it will not deter others, and it will not particularly help Mr. Gonzales. With that, Mr. Gonzales recommends a sentence of 60-months followed by 5-years supervised release.

## II. Background

The PSR aptly summarizes Mr. Gonzales's life. His parents divorced when he was young, and Mr. Gonzales's unstable mother all but abandoned the family. Mr. Gonzales and his brothers were raised by his father, who eventually lost his job and drank himself to death. At 20-years old, Mr. Gonzales began caring for his father until the latter's death in 2011. Mr. Gonzales reconnected with his mother, and desperate to get out of New Mexico, moved to Post Falls, Idaho.

Like many, many child-pornography offenders, Mr. Gonzales was a childhood victim. As a four or five-year old, Mr. Gonzales was groomed by a neighbor who showed him pornography and attempted to coerce him into sexual contact with the man's own daughter.

Mr. Gonzales has been diagnosed with anxiety, depression, and PTSD, and at 15-years old, sliced his wrists open in a failed attempt to kill himself.

During the PSR interview, Mr. Gonzales also revealed he was having suicidal thoughts, and the defense and Probation helped Mr. Gonzales into counseling. He has been attending counseling since.

Mr. Gonzales remains employed in the parts department of an RV dealership.

## III. Discussion

The Court knows the Sentencing Reform Act well, and Mr. Gonzales need not repeat the statute or the well-worn rule that court may not presume the guidelines are reasonable. There are a few reasons to accept the parties' recommendation:

*First*, sentencing Mr. Gonzales to more than 60-months accomplishes none of the Sentence Reform Act's goals. Mr. Gonzales compulsively downloaded music, movies, and pornography of all kinds. He kept some child pornography on his computer. (Much of it was deleted.) That crime was a result of Mr. Gonzales's circumstances and mental health problems. He was a sad young man living alone, without friends, much family to speak of, going to work at a repetitive job for eight hours a day and returning home without variation. His sole escape was a computer, and Mr. Gonzales used it to avoid confronting crippling anxiety and depression.

By the time he was arrested, Mr. Gonzales was paying for a commercial-grade internet-bandwidth package to handle his massive downloading. He would set his computer to download gigabytes of data every night as he slept and then weed through the downloads in the mornings and evenings. It wasn't much of a life.

Mr. Gonzales was downloading overwhelming amounts of pornography, legal and illegal. He compulsively downloaded movies and music.

There is an important factor though. The defense investigation revealed no search terms. Mr. Gonzales was not hunting for child pornography in particular, but if you search for enough general pornography and download it with abandon, you'll end up with child pornography.

***Second***, Mr. Gonzales will be saddled with lifelong penalties. He will be branded a felon and, worse, labeled a sex offender for many years to come. Mr. Gonzales's chances of homelessness skyrocket, and his chances of gainful employment and housing plummet. This conviction will further destabilize his life and his mental health, benefitting neither Mr. Gonzales nor society.

***Third***, sentencing Mr. Gonzales to more than 60-months will neither remedy the harm to the victims nor deter others.

## IV. Conclusion

Mr. Gonzales respectfully requests that the Court sentence him to 60-months incarceration followed by 5-years supervised release. Mr. Gonzales also requests a recommendation for placement at Sheridan and admission to the RDAP program (Mr. Gonzales extensively used marijuana to self-medicate for his anxiety and depression.) Mr. Gonzales will address restitution at sentencing.

## V. Protective Objection to PSR

At paragraph 87, the PSR lists restitution requests, including a baffling request for $1.6 million from Mr. Gonzales. The PSR accurately summarizes the requests, and Mr. Gonzales objects to the extent necessary to record he does not agree the requests are appropriate or should be ordered.

Dated: July 9, 2020.

Federal Defenders of Eastern Washington & Idaho
Attorneys for Joseph Gonzales

s/Colin G. Prince
Colin G. Prince, WSBA No. 43166
10 North Post Street, Suite 700
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
Colin_Prince@fd.org

## Service Certificate

I certify that on July 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Alison Gregoire.

        s/Colin G. Prince
        Colin G. Prince, WSBA No. 43166
        10 North Post Street, Suite 700
        Spokane, Washington 99201
        t: (509) 624-7606
        f: (509) 747-3539
        Colin_Prince@fd.org