FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>JOSEPH MARTIN GONZALES,<br><br>Defendant. | No.    2:18-CR-0195-WFN-1<br><br>ORDER AUTHORIZING REMOVAL<br>OF ANKLE MONITOR |

Pending before the Court is Defendant's Motion to Modify Conditions of Pretrial Release.  ECF No. 79.  Defendant asks that he be permitted to have his ankle monitor device removed prior to reporting to BOP custody.  Accordingly,

**IT IS ORDERED** that:

1.  Defendant's Motion to Modify Conditions of Pretrial Release, filed April 28, 2021, **ECF No. 79**, is **GRANTED**.

2.  Defendant's conditions of pretrial release are **MODIFIED** to permit removal of the ankle monitor device prior to leaving Eastern District of Washington to report for service of sentence with the BOP.

3.  Defendant shall report to his United States Probation Officer as directed for removal of his ankle monitor.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Melissa Hanson.

**DATED** this 29th day of April, 2021.

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

04-29-21

ORDER